**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, Plaintiff, | **INFORMATION** |
| | Criminal No. 26-331 (CVR) |
| v. | |
| | Violations: |
| **JONATHAN RAMIREZ-COLON,** Defendant. | 18 U.S.C. § 1791(a)(2) |
| | **ONE COUNT** |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT ONE**
**Possessing Contraband in Prison**
(18 U.S.C. § 1791(a)(2))

On or about July 10, 2026, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

JONATHAN RAMIREZ-COLON,

an inmate of the Metropolitan Detention Center ("MDC") in Guaynabo, Puerto Rico, a Federal correctional, detention, and penal facility, possessed prohibited objects, to wit one (1) smartphone (purple in color), two (2) L8Star mini cellphones, and four (4) SIM (Subscriber Identity Module) cards for phones, all in violation of 18 U.S.C. §§ 1791(a)(2) and (b)(4).

Héctor E. Ramírez-Carbó
Acting United States Attorney

Jeanette M. Collazo-Ortiz
Assistant United States Attorney
Chief, Violent Crimes Section

Antonio J. López-Rivera
Assistant United States Attorney
Violent Crimes Section